IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID D. HARRIS,

        Plaintiff,                      No. 2:13-cv-0821 EFB P

        vs.

D. BOWERMAN,

        Defendant.               <u>ORDER</u>

       After this civil rights action was closed and judgment duly entered, *see* Dckt. Nos. 8, 9, plaintiff filed a "Request for Nominal Compensation & Injunction for Declaratory Preliminary Injunction for Relief" and a "Motion for Summary Judgment," Dckt. Nos. 10, 11.  The court takes no action on plaintiff's filing as this case is now closed.  Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

       So ordered.

Dated:  May 29, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE